IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AT&T SERVICES, INC., and<br>AT&T MOBILITY LLC,<br><br>      Plaintiffs,<br><br>  v.<br><br>T-MOBILE US INC.,<br><br>      Defendant. | Case No. 3:25-cv-03279-S<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION AND STIPULATION REGARDING
TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

  Plaintiffs AT&T Services, Inc. and AT&T Mobility LLC (collectively, "AT&T") filed their Motion for Temporary Restraining Order and Preliminary Injunction on November 30, 2025 (the "Motion"). Defendant T-Mobile US Inc. ("T-Mobile) filed its response, and AT&T filed a reply. After a hearing on December 16, 2025, the Court issued an Amended Temporary Restraining Order [ECF No. 33] and scheduled a hearing on AT&T's request for a Preliminary Injunction on January 12, 2026. The parties jointly move the Court to:

1. Convert the Amended Temporary Restraining Order issued on December 18 [ECF No. 33] into a Preliminary Injunction, which shall remain in force through the pendency of the action, and may only be modified by agreement of the parties or leave of the Court.

2. Upon entry of a Preliminary Injunction vacate the hearing on AT&T's request for a Preliminary Injunction scheduled for January 12, 2026.

  In addition, the parties stipulate:

1. No party will seek an appeal from the Preliminary Injunction during the pendency of the action without agreement of the parties or leave of the Court. The foregoing is without waiver of any party's right to appeal following the entry of any final judgment or other appealable order during the pendency of the action, which the parties expressly reserve.

2. The bond being posted by AT&T in response to the Amended Temporary Restraining Order is sufficient for supporting the entry of a Preliminary Injunction.

STIPULATED AND AGREED:

Dated:  December 23, 2025				O'MELVENY & MYERS LLP


						By:	  /s/ /Timothy S. Durst

						TIMOTHY S. DURST (TX #00786924)
						tdurst@omm.com
						SID MODY (TX #24072791)
						smody@omm.com
						**O'MELVENY & MYERS LLP**
						2801 North Harwood Street, Suite 1600
						Dallas, TX  75201
						Telephone:	+1 972 360 1900

						RANDALL W. EDWARDS (*pro hac vice*)
						redwards@omm.com
						MARK LIANG (*pro hac vice*)
						mliang@omm.com
						**O'MELVENY & MYERS LLP**
						Two Embarcadero Center, 28th Floor
						San Francisco, California  94111-3823
						Telephone:	+1 415 984 8700

						REEMA SHAH (*pro hac vice*)
						rshah@omm.com
						**O'MELVENY & MYERS LLP**
						1301 Avenue of the Americas 17th FL
						New York, NY 10019-6022
						Telephone:	+1 212 326 2000

						*Attorneys for Plaintiffs AT&T SERVICES, INC. and AT&T MOBILITY LLC*

STIPULATED AND AGREED:

Dated:  December 23, 2025					By:     /s/ Hallie B. Levin

Hallie B. Levin (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Hallie.Levin@wilmerhale.com

Ari Holtzblatt (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 663-6947
Ari.Holtzblatt@wilmerhale.com

Andrés Correa
Jared Eisenberg
LYNN PINKER HURST & SCHWEGMANN LLP
2100 Ross Avenue, Ste. 2700
Dallas, TX 75201
Telephone: (214) 981-3800
Acorrea@lynnllp.com
Jeisenberg@lynnllp.com

*Counsel for Defendant T-Mobile US, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2025, a copy of the foregoing was served on counsel of record via electronic filing in accordance with the U.S. District Court, Northern District of Texas Procedures for Electronic Filing.

/s/ Timothy S. Durst

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiffs and counsel for Defendant have complied with the meet and confer requirement in Local Rule CV-7.1(b) and that the relief requested in this motion is agreed between the parties and unopposed.

/s/ Timothy S. Durst