# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| AT&T SERVICES, INC., and AT&T MOBILITY LLC § § § <br> v. § § § <br> T-MOBILE US INC. § | CIVIL ACTION NO. 3:25-CV-3279-S |

### PRELIMINARY INJUNCTION ORDER

Before the Court is the Joint Motion and Stipulation Regarding Temporary Restraining Order and Preliminary Injunction filed by Plaintiffs AT&T Services, Inc. and AT&T Mobility LLC (collectively, "AT&T") and Defendant T-Mobile US Inc. ("Motion") [ECF No. 34]. Based upon the Motion, the stipulation of the parties as reflected in the Motion, the record in this case, and the applicable law, the Court **GRANTS** the Motion.

It is therefore **ORDERED** that the terms of the Amended Temporary Restraining Order [ECF No. 33] are hereby entered as a Preliminary Injunction with the same operable provision; specifically:

T-Mobile and its officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with them are enjoined from implementing the original version of the "Switching Made Easy" or "Easy Switch" feature of the T-Life application or any substantially similar version, product, or feature that accesses and obtains data from AT&T's protected computer systems without permission of the Court. For the purposes of this Order, "substantially similar" means any new or modified version, product, or feature that accesses or obtains information from AT&T's protected computer systems.

The bases for this order are the agreements and stipulations of the parties and the bases set out in the Amended Temporary Restraining Order, which is hereby incorporated by reference.

Based on the stipulation of the parties, the Court finds the bond posted by AT&T in response to the Amended Temporary Restraining is sufficient for this Order.

This Preliminary Injunction shall remain in effect until further order of the Court or the termination of this action.

**SO ORDERED.**

SIGNED December 29, 2025.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**